

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CHRISTOPHER SALCIDO, | § | No. 08-21-00148-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20190D02393) |
| | § | |

**O R D E R**

On September 1, 2021, Christopher Salcido filed a notice of appeal and requested that this Court appoint counsel on appeal for him. This Court does not have the authority to appoint counsel. Therefore, the trial court is ORDERED to appoint counsel to represent Appellant on appeal. The order of appointment shall be filed with the trial court no later than September 13, 2021. A copy of the order shall be provided to this Court on or before September 15, 2021. Further, the order of appointment shall be included in the clerk's record once the issue of jurisdiction is resolved.

IT IS SO ORDERED this 3rd day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.